844

No. 83–6850. DAVID v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–6853. SHAID v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–6854. SAUNDERS v. UNITED STATES POSTAL SERVICE ET AL. C. A. 3d Cir. Certiorari denied.

No. 83–6857. JAMES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–6858. AGUAYO-CORONA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–6860. DUSTIN v. MASSACHUSETTS ET AL. Sup. Jud. Ct. Mass. Certiorari denied.

No. 83–6861. FERNANDEZ v. WINANS, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 83–6863. WILLIAMS v. MAGGIO, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 83–6867. THOMAS v. VEASEY. Ct. App. D. C. Certiorari denied.

No. 83–6869. WRIGHT v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 83–6871. HUNT v. VERMONT. Sup. Ct. Vt. Certiorari denied.

No. 83–6872. JONES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 83–6873. BAIG v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 83–6877. MERCHANT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 83–6878. GARRETT v. SUPERINTENDENT, NAPANOCH CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.